# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

2008 APR -3 A 11: 24

UNITED STATES OF AMERICA,   )
                                )
          Plaintiff   )   CRIMINAL NO. _08mj8224_
                                )
                                )   ORDER
        vs.   )
                                )   RELEASING MATERIAL WITNESS
                                )
Francisca Alvarado-Rivera, et al   )   Booking No.
          Defendant(s)   )
_____ )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Efrain Arguiano - Gonzalez

DATED: _4/3/08_

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

**W. SAMUEL HAMRICK, JR.** Clerk

by _F. Torres_
                **Deputy Clerk**

**RECEIVED** _____
           **DUSM**

☆ U.S. GPO: 2003-581-774/70082